1096 RICH (Governor) vs. BOARD OF STATE CANVASSERS, No. 13973.

To compel respondents to forthwith reconvene and recanvass the votes cast at the last April election, upon the four several

amendments to the Constitution, on the ground that said votes were not correctly canvassed; and the secretary of state, after such recanvass, to publish the result and enter the same of record.

Granted January 18, 1894.